# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIFT A. Z. DIVINE ALLAH, | CASE NO. 1:06-cv-01262-OWW-LJO PC |
| Plaintiff, | ORDER STRIKING DUPLICATIVE MOTIONS |
| v. | (Docs. 17 and 18) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ORDER DIRECTING CLERK'S OFFICE TO RETURN LODGED EXHIBITS TO PLAINTIFF |
| Defendants. | (Doc. 19) |

Plaintiff Gift A. Z. Divine Allah ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 29, 2006, December 5, 2006, and December 29, 2006, plaintiff filed motions seeking "an order granting said fundamental rights." (Docs. 16-18.) The motions are identical and the two later filed motions shall be stricken from the record. Plaintiff is admonished not to file duplicative motions.

On December 29, 2006, plaintiff submitted documentary evidence to the court. The court cannot store plaintiff's evidence and plaintiff may not supplement his earlier motion piecemeal by sending evidence one month after filing the motion. The Clerk's Office shall be directed to send the evidence back to plaintiff.

///
///
///
///

1

1   Based on the foregoing, it is HEREBY ORDERED that: (1) plaintiff's motions filed on
2 December 5, 2006, and December 29, 2006, are STRICKEN FROM THE RECORD on the ground
3 that they are duplicative of the motion filed on November 29, 2006, and (2) the Clerk's Office shall
4 return to plaintiff the evidence he submitted on December 29, 2006.

6 IT IS SO ORDERED.

7 **Dated:    January 16, 2007**                     **/s/ Lawrence J. O'Neill**
  b9ed48                                           UNITED STATES MAGISTRATE JUDGE