# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIFT A. Z. DIVINE ALLAH,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:06-cv-01262-OWW-LJO PC<br><br>ORDER ADDRESSING OBJECTION TO FILING FEE AND FINDING IT TO BE WITHOUT MERIT<br><br>(Doc. 10)<br><br>ORDER DISREGARDING NOTICE CONCERNING EXHAUSTION<br><br>(Doc. 11)<br><br>ORDER STRIKING NOTICE FROM RECORD<br><br>(Doc. 15) |

    Plaintiff Gift A. Z. Divine Allah ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 10, 2006, the court granted plaintiff's application for leave to proceed in forma pauperis and notified plaintiff that the filing fee for this action is $350.00. On November 8, 2006, plaintiff filed an objection.

    Pursuant to 28 U.S.C. § 1914(a), the filing fee for this action is $350.00. The California Department of Corrections and Rehabilitation provides certain forms, obtained from the court, to inmates as a courtesy. The fact that the form provided to plaintiff at the prison was out of date in that it stated the filing fee for this action was $150.00 is not grounds for relief from paying the statutorily mandated $350.00 filing fee. Plaintiff's objection is without merit.

///

On November 8, 2006, plaintiff filed a notice regarding exhaustion. Exhaustion is an affirmative defense that must be raised by defendants. Wyatt v. Terhune, 315 F.3d 1108, 1119 (9th Cir. 2003). It is unnecessary for plaintiff to notify the court regarding his efforts to exhaust. In the event that this action proceeds forward and defendants file a motion to dismiss for failure to exhaust, plaintiff may at that time submit evidence in opposition to the motion. Id. at 1119-20. Any response concerning exhaustion prior to the filing of a motion to dismiss is premature. Plaintiff's notice shall therefore be disregarded.

Finally, on November 27, 2006, plaintiff filed an untitled document that appears intended to serve as a notice to certain individuals that they are being sued.[1] The filing is not one recognized under the Federal Rules of Civil Procedure or the Local Rules, and serves no purpose other than to clutter the court's docket. The filing shall be stricken from the record.

Based on the foregoing, (1) plaintiff's objection to the $350.00 filing fee is FOUND TO BE WITHOUT MERIT, (2) plaintiff's notice concerning exhaustion is HEREBY DISREGARDED, and (3) plaintiff's notice filed on November 27, 2006, is HEREBY STRICKEN.

IT IS SO ORDERED.

**Dated:     January 16, 2007**             /s/ Lawrence J. O'Neill
b9ed48                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk's Office erroneously docketed the filing as a motion for preliminary injunctive relief.