1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   GIFT A. Z. DIVINE ALLAH,                    CASE NO. 1:06-cv-01262-OWW-NEW (DLB) PC

10                              Plaintiff,       ORDER DIRECTING CLERK'S OFFICE TO
                                                 CHANGE PLAINTIFF'S ADDRESS OF
11      v.                                       RECORD TO WASCO STATE PRISON, AND
                                                 RE-SERVE DOCUMENTS 20-26 ON
12   CALIFORNIA DEPARTMENT                       PLAINTIFF
     OF CORRECTIONS, et al.,
13                                               (Doc. 27)
                               Defendants.
14                                               ORDER VACATING FINDINGS AND
                                                 RECOMMENDATIONS FILED ON MARCH
15                                               22, 2007, AND REQUIRING PLAINTIFF TO
                                                 FILE AMENDED COMPLAINT IN
16                                               COMPLIANCE WITH COURT'S ORDER OF
                                                 JANUARY 16, 2007, WITHIN THIRTY DAYS
17
                                                 (Doc. 26)
18   _____/

19

20       Plaintiff Gift A. Z. Divine Allah ("plaintiff") is a state prisoner proceeding pro se and in

21   forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 30, 2007, plaintiff

22   filed a motion seeking an extension of time to file an amended complaint.  Plaintiff contends that

23   he was released on parole on December 25, 2006, and filed a notice of change of address to the

     Povarello House in Fresno.  Plaintiff is now back in custody for a parole violation and the address

24   on his filing reflects that he is at Wasco State Prison Reception Center.

25       The court did not receive plaintiff's notice of change of address to the Povarello House, and

26   his address of record with the court has remained the California Substance Abuse Treatment Facility

27   in Corcoran.  In this interest of justice, the court will vacate its Findings and Recommendations

28

1

recommending this action be dismissed for failure to obey a court order and failure to state claim, filed on March 22, 2007.  Plaintiff has thirty days to file an amended complaint in compliance with the court's order of January 16, 2007.  The court will provide plaintiff with copies of the orders its issued following plaintiff's release on parole.

Based on the foregoing, it is HEREBY ORDERED that:

1.    The Clerk's Office shall change plaintiff's address of record to Wasco State Prison;

2.    The Clerk's Office shall re-serve documents 20 through 26 on plaintiff at his new address of record;

3.    The Findings and Recommendations filed on March 22, 2007, is VACATED; and

4.    Plaintiff has **thirty (30) days** from the date of service of this order to file an amended complaint in compliance with the court's order of January 16, 2007.


IT IS SO ORDERED.

**Dated:   May 3, 2007          /s/ Dennis L. Beck**
                          UNITED STATES MAGISTRATE JUDGE