# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIFT A. Z. DIVINE ALLAH,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:06-cv-01262-OWW-NEW (DLB) PC<br><br>ORDER ADDRESSING OBJECTIONS AND FINDING THEM TO BE WITHOUT MERIT<br><br>(Docs. 30, 32, and 33)<br><br>ORDER THAT NO FURTHER MOTIONS OR RESPONSES TO THE FINDINGS AND RECOMMENDATIONS FILED ON JANUARY 16, 2007, WILL BE CONSIDERED BY THIS COURT |

Plaintiff Gift A. Z. Divine Allah ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 16, 2007, the Magistrate Judge dismissed plaintiff's complaint with leave to amend for failure to state any claims upon which relief may be granted, and issued a recommendation that plaintiff's motions seeking preliminary injunctive relief be denied. (Docs. 21, 23.) On March 21, 2007, the undersigned denied plaintiff's motions. (Doc. 25.) On March 22, 2007, the Magistrate Judge issued a recommendation that this action be dismissed based on plaintiff's failure to comply with the order to file an amended complaint. (Doc. 26.)

On April 30, 2007, plaintiff filed a motion seeking an extension of time to file an amended complaint. (Doc. 27.) In an order filed on May 8, 2007, the Magistrate Judge stated

> Plaintiff contends that he was released on parole on December 25, 2006, and filed a notice of change of address to the Povarello House in Fresno. Plaintiff is now back in custody for a parole violation and the address on his filing reflects that he is at Wasco State Prison Reception Center. The court did not receive plaintiff's notice of

1

> *change of address to the Povarello House, and his address of record with the court has remained the California Substance Abuse Treatment Facility in Corcoran. In th[e] interest of justice, the court will vacate its Findings and Recommendations recommending this action be dismissed for failure to obey a court order and failure to state claim, filed on March 22, 2007. Plaintiff has thirty days to file an amended complaint in compliance with the court's order of January 16, 2007. The court will provide plaintiff with copies of the orders its issued following plaintiff's release on parole.*

(Doc. 28 (emphasis added).)

On May 17, 2007, and on May 23, 2007, plaintiff filed objections to both the recommendation that his motions for preliminary injunctive relief be denied and the recommendation that this action be dismissed. (Docs. 30, 32, 33.) Plaintiff's complaint was found not to state any claims upon which relief may be granted and plaintiff is being provided with an opportunity to amend. At this juncture in the proceedings, because there is no case or controversy before the Court and because the Court only has jurisdiction over plaintiff, the Court is unable to issue any preliminary injunctions against prison officials. City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc., 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982); Jones v. City of Los Angeles, 444 F.3d 1118, 1126 (9th Cir. 2006); Zepeda v. United States Immigration Service, 753 F.2d 719, 727 (9th Cir. 1985). Plaintiff's objections to the Findings and Recommendations, which has already been adopted by the undersigned, are without merit. This Court will entertain no further responses or motions by plaintiff concerning his motions for preliminary injunctive relief.

There is no absolutely no basis for objecting to the recommendation that this action be dismissed because that Findings and Recommendations has been vacated, which means it is null and void.

On May 8, 2007, plaintiff was provided the opportunity to file an amended complaint within thirty days. Plaintiff is again warned that if he fails to file an amended complaint, this action will be dismissed by the Court, with prejudice.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's objections are without merit; and

///

2

2. The Court will entertain no further motions or responses concerning the motions for preliminary injunctive relief at issue in the Findings and Recommendations filed on January 16, 2007.

IT IS SO ORDERED.

**Dated:   May 26, 2007**                            /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE