# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIFT A. Z. DIVINE ALLAH,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-01262-OWW-NEW (DLB) PC<br><br>ORDER DENYING PETITION FOR WRIT OF MANDAMUS<br><br>(Doc. 35) |

Plaintiff Gift A. Z. Divine Allah ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 4, 2007, plaintiff filed a petition for writ of mandamus. Plaintiff seeks a court order requiring prison officials to provide him with a chronological printout of all of his inmate appeals, and mandating that no further mail be sent to Parole Agent J. Greenlee, Parole Region II, Fresno. (Doc. 35, 4:1-15.)

Pursuant to 28 U.S.C. § 1361, district courts have "original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." "Mandamus is an extraordinary remedy . . . [and] is appropriately issued only when (1) the plaintiff's claim is clear and certain; (2) the defendant official's duty to act is ministerial, and so plainly prescribed as to be free from doubt; and (3) no other adequate remedy is available." Barron v. Reich, 13 F.3d 1370, 1374 (9th Cir. 1994) (internal citations and quotations omitted).

///

The Court has no jurisdiction over state officials, particularly Plaintiff's state parole officer. 28 U.S.C. § 1651; <u>see also</u> <u>Demos v. United States Dist. Court for E. Dist. Of Wash.</u>, 925 F.2d 1160, 1161 (9th Cir. 1991). Therefore, plaintiff's petition for writ of mandamus seeking orders directed at prison officials is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   June 12, 2007**                          /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE