1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GIFT A. Z. DIVINE ALLAH,                           CASE NO. 1:06-cv-01262-OWW-GSA PC

                  Plaintiff,              ORDER STRIKING PLAINTIFF'S MOTION
                                                   FOR SUMMARY JUDGMENT AS
   v.                                              PREMATURE

CALIFORNIA DEPARTMENT                              (Doc. 42)
OF CORRECTIONS, et al.,

                Defendants.
_____/

      Plaintiff Gift A. Z. Divine Allah ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 30, 2008, plaintiff filed a motion for summary judgment.  Defendants have not been served with process and at this juncture, plaintiff's amended complaint is pending screening by the court.  Plaintiff's motion for summary judgment is therefore premature and is HEREBY ORDERED STRICKEN from the record on that ground.

      IT IS SO ORDERED.

**Dated:   February 20, 2008**                    _____/s/ **Gary S. Austin**_____
                                                  UNITED STATES MAGISTRATE JUDGE

1