# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIFT A. Z. DIVINE ALLAH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:06-cv-01262-OWW-GSA PC<br><br>ORDER DENYING PLAINTIFF'S MOTION<br>FOR PRODUCTION OF DISCOVERY<br><br>(Doc. 46) |

　　Plaintiff Gift A. Z. Divine Allah ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On February 25, 2008, plaintiff filed a notice of change of address and motion for an order compelling prison officials to produce discovery.

　　There will be no discovery in this action until defendants have been served with process and have filed an answer, resulting in the issuance of a scheduling order.[1]  Plaintiff is directed to re-read the court's First Informational Order, which notifies him of this provision.

　　Plaintiff's motion is HEREBY DENIED.

　　IT IS SO ORDERED.

　Dated:　**February 26, 2008**　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] In a separate order issued concurrently with this order, the court dismissed plaintiff's amended complaint, with leave to amend.

1