# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIFT A. Z. DIVINE ALLAH, | CASE NO. 1:06-cv-01262-OWW-GSA PC |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S NOTICE |
| v. | (Doc. 44) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. / | |

Plaintiff Gift A. Z. Divine Allah ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 15, 2008, plaintiff filed a document entitled "Notice of Affidavit and Accusations of Medical & CDCR Deliberate Indifference of Staff . . ." along with multiple exhibits. Plaintiff's notice does not seek any recognized legal relief under the Federal Rules of Civil Procedure or the Local Rules, there are no matters pending before the Court requiring the submission of evidence, and the Court cannot serve as a general repository for plaintiff's evidence. For these reasons, plaintiff's filing is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated: **February 26, 2008**            **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

1