# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIFT A. Z. DIVINE ALLAH,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>        Defendants. | CASE NO. 1:06-cv-01262-OWW-GSA PC<br><br>ORDER GRANTING MOTION FOR THIRTY DAY EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT<br><br>(Doc. 50)<br><br>ORDER ADDRESSING PLAINTIFF'S COPY AND EXHIBIT CONCERNS, AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPY OF DOCKET |

        Plaintiff Gift A. Z. Divine Allah ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 27, 2008, the Court dismissed plaintiff's amended complaint and ordered plaintiff to file a second amended complaint within thirty days. On March 20, 2008, plaintiff filed a motion for an extension of time, which shall be granted by this order. Additionally, in the motion, plaintiff asserts that he was told he would receive copies of all previous orders and that he was never instructed on how to pick up his original documents.

        Pursuant to an order filed on May 8, 2007, the Clerk's Office was directed to re-serve document numbers 20 through 26. (Doc. 28.) The orders were re-served on plaintiff at his address of record on May 8, 2007, and were not returned.[1] (Doc. 29.) Therefore, the order was complied with by the Clerk's Office.

---

[1] Plaintiff's address of record at that time was Wasco State Prison.

1

The basis for plaintiff's assertion that he should have received notice regarding how to pick up his original documents is unclear. Plaintiff may obtain copies of any documents in this file for fifty cents per page. Further, by order filed January 16, 2007, the Clerk's Office was directed to return plaintiff's exhibits to him, which it did. (Doc. 20.) At that time, plaintiff's address of record with the court was California Substance Abuse Treatment Facility and the exhibits were not returned to the court as undeliverable.[2]

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion for a **thirty (30) day extension of time** to file a second amended complaint is GRANTED;
2. Plaintiff's questions regarding copies and exhibit return are deemed addressed; and
3. The Clerk's Office shall send plaintiff a copy of the docket.

IT IS SO ORDERED.

**Dated: March 24, 2008** /s/ **Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE

[2] Because the exhibits were mailed back to plaintiff, the Court is not aware whether they were copies or originals. Plaintiff was advised via the First Informational Order not to send any original documents to the Court. (Doc. 7, ¶7.)