# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GIFT A. Z. DIVINE ALLAH,                         CASE NO. 1:06-cv-01262-OWW-GSA PC

                        Plaintiff,                ORDER STRIKING WAIVER

       v.                                        (Doc. 54)

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

                        Defendants.
_____/

       On April 21, 2008, Plaintiff Gift A. Z. Divine Allah filed a waiver of service of summons

directed to the Attorney General's Office and signed by Plaintiff.  The filing is improper and is

HEREBY ORDERED STRICKEN from the record on that ground.


       IT IS SO ORDERED.

       **Dated:**   __April 24, 2008__        _____/s/ **Gary S. Austin**_____
                                             UNITED STATES MAGISTRATE JUDGE

1