1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  GIFT A. Z. DIVINE ALLAH,                    CASE NO. 1:06-cv-01262-OWW-GSA PC

10                        Plaintiff,           ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS, AND DISMISSING
11       v.                                    ACTION, WITH PREJUDICE, FOR FAILURE
                                               TO STATE A CLAIM UPON WHICH RELIEF
12  CALIFORNIA DEPARTMENT                      MAY BE GRANTED UNDER SECTION 1983
    OF CORRECTIONS, et al.,
13                                             (Docs. 53 and 55)
                          Defendants.
14  _____/

15
16         Plaintiff Gift A. Z. Divine Allah ("Plaintiff") is a state prisoner proceeding pro se and in
17  forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to
    a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.
18
19         On April 24, 2008, the Magistrate Judge filed a Findings and Recommendations herein which
20  was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and
    Recommendations was to be filed within thirty days.  Plaintiff did not file an objection.
21
22         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a
23  de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings
    and Recommendations to be supported by the record and by proper analysis.
24
25         Accordingly, IT IS HEREBY ORDERED that:
26         1.     The Findings and Recommendations, filed April 24, 2008, is adopted in full; and
    ///
27  ///
28

1       2.      This action is dismissed, with prejudice, for failure to state any claims upon which

2       relief may be granted under section 1983.

3

4  IT IS SO ORDERED.

5  **Dated:   June 12, 2008**                    **/s/ Oliver W. Wanger**

                                          UNITED STATES DISTRICT JUDGE