# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIFT A. Z. DIVINE ALLAH,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-01262-OWW-GSA PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO UPDATE PLAINTIFF'S ADDRESS TO SIERRA CONSERVATION CENTER<br><br>(Doc. 62)<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION, AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COURTESY COPIES OF DOCKET, DISMISSAL ORDER, AND JUDGMENT<br><br>(Doc. 62) |

      Plaintiff Gift Divine A. Z. Allah ("Plaintiff") is a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was dismissed on June 13, 2008, for failure to state any claims upon which relief may be granted under section 1983. On February 11, 2009, Plaintiff filed a motion entitled "Notice of Motion and Motion for Transcript of Court's Order In Re: Docket for Dismissal with Prejudice And Notice of Affidavit Plaintiff's Objections to Case Being Close [sic] and Prayer for Relief." (Doc. 62.)

      Plaintiff's motion is largely incomprehensible. The Court will direct the Clerk's Office to send Plaintiff courtesy copies of the docket, the dismissal order, and the judgment.[1] However, to the

///

---

[1] There are no transcripts since no hearings were held in this action.

1

extent that Plaintiff seeks to set aside the dismissal, Plaintiff has made no showing that he is entitled to relief from judgment and his motion is denied. Fed. R. Civ. P. 60.

Plaintiff last updated his address on July 7, 2008, to a post office box in Fresno. Plaintiff's current motion bears a return address of the Sierra Conservation Center in Jamestown. The Clerk's Office will be directed to update Plaintiff's address based on his current motion. Plaintiff is reminded that it is his responsibility to keep the Court updated on his current address, and that absent such notice, service of documents at his prior address is deemed effective. Local Rule 83-182(f).

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk's Office shall change Plaintiff's address to the Sierra Conservation Center; and

2. Plaintiff's motion, filed February 11, 2009, is GRANTED IN PART and DENIED IN PART as follows:

    a. The Clerk's Office shall send Plaintiff courtesy copies of the docket, the dismissal order, and the judgment; and

    b. Plaintiff's motion to set aside the dismissal in this action is DENIED.

IT IS SO ORDERED.

**Dated:  February 26, 2009**                 /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE