IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIFT A.Z. DIVINE ALLAH, | 1:06-cv-01262-OWW-GSA (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| vs. | (Doc. 64) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

On March 4, 2009, Plaintiff filed a motion seeking the appointment of counsel. This action was dismissed on June 13, 2008, with prejudice. There is no merit to Plaintiff's request for the appointment of counsel and the motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **March 10, 2009**     /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE