# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIFT A. Z. DIVINE ALLAH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　/ | CASE NO. 1:06-cv-01262-OWW-GSA PC<br><br>ORDER DISREGARDING OBJECTION TO ORDER<br><br>(Doc. 67) |

On June 13, 2008, this action was dismissed, with prejudice, and judgment was entered. On March 27, 2009, the plaintiff filed a one sentence objection to the March 10, 2009, order denying his motion for the appointment of counsel. The objection is without merit, and is HEREBY DISREGARDED.

　IT IS SO ORDERED.

**Dated:　March 31, 2009**　　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1